IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 03-20218 Ma

ROY DEXTER
    Defendant,

## ORDER REFUNDING CASH APPEARANCE BOND

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $500, payable to T. MARLIN ROBERTS at 570 CULLUM ROAD ATOKA, TN 38004 in full refund of the cash appearance bond posted herein.

United States District Judge
Judge Samuel H. Mays

Approved.
Robert R. Di Trolio, Clerk of Court
BY: _____
Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-20-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 72 in case 2:03-CR-20218 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Samuel Mays
US DISTRICT COURT